B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    Donald J Young    Case No.  15-16937
Debtor(s)    Chapter  13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                          $    2,500.00
   Prior to the filing of this statement I have received                 $    1,250.00
   Balance Due                                                            $    1,250.00

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date  3/27/17

/s/ Robert Leite-Young
Robert Leite-Young
*Signature of Attorney*
Roach, Leite & Manyin, LLC
6950 Castor Avenue
Philadelphia, PA 19149
267-343-5818  Fax: 267-343-5821
Rleite@rlmfirm.com
*Name of law firm*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN RE:

DONALD J. YOUNG, JR.            Bankruptcy No. 15-16937-sr

Debtor                          Chapter 13

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## 2nd AMENDED CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor. **Debtor has paid $902.97 to the trustee to-date:**

$325.00 each month thereafter for the remaining **54 months** beginning on April 25, 2016 to be distributed by the Trustee under the Plan.

**The Plan is funded at $18,404.54**

2. From the payments so received, the trustee shall make disbursements as follows:

(a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507 to:

ROACH, LEITE & MANYIN, LLC:                     $1,250.00
Administrative Claim (see for 2016b for additional description)

(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

PENNSYLVANIA HOUSING FINANCE AGENCY:            $15,481.40*
*pre-petition arrears in the amount of $15,481.40 are to be paid
Through this Plan and debtor will make post-petition payments
outside of the plan directly to creditor.

(c) Subsequent to-pro rata with dividends to secured creditor, dividends to unsecured creditors whose claims are duly filed and allowed as follows:

**PRO-RATA DISTRIBUTION**

3. The following executory contract of the debtor are rejected:
None

      4. All secured creditors subject to the Chapter 13 Plan as set forth shall retain all liens on the subject property as each security agreement provides.

      5. All liens upon the filing of the appropriate motion or adversary action may be avoided pursuant to 11 U.S.C. Section 522(f) are hereby avoided.

      6. Title to the debtors' property shall revest in the debtor on confirmation of a plan or upon dismissal of the case after confirmation pursuant to 11 U.S.C. Section 350.

Dated:   4/25/2015      /s/ Donald J. Young, Jr
                Debtor

Dated:   4/25/2015      /s/ Robert Leite-Young
                Attorney for Debtor

Acceptances may be mailed to Robert Leite-Young, Esquire, 6950 Castor Avenue, Philadelphia, PA 19149.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN RE:

DONALD J. YOUNG, JR.               Bankruptcy No. 15-16937-sr

      Debtor                          Chapter 13

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2016, a true, accurate and correct copy of Debtor's 2nd Amended Chapter 13 Plan was filed with the Clerk for the Eastern District of Pennsylvania Bankruptcy Court and has been served upon all parties of record via the Court's ECF system on this same day to the following:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107-4405

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

U.S BANK, N.A.
c/o KML Law Group
701 Market Street, Ste 5000
Philadelphia, PA 19101

PHFA
PO Box 15057
Harrisburg, PA 17105

Comcast
One Comcast Center
Philaelphia, PA 19103

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

First Premier
3820 N. Lousie Ave
Sioux Falls, SD 57107

Grimley Financial
30 Washington Ave, Ste C-6
Haddonfield, NJ 08033

Home Depot/CBNA
PO Box 6497
Sioux Falls, SD 57117

PGW
PO Box 11700
Newark, NJ 07101

PFCU
12800 Townsend Rd
Philadelphia, PA 19154

Stellar Recovery
1327 Hwy 2 West, Ste 100
Kalispell, MT 59901

Verizon
1400 JFK Blvd, Rm 702
Philadelphia, PA 19107

Date: April 26, 2016                    /s Robert Leite-Young
                                        Robert C. Leite-Young, Esquire
                                        Attorney for Debtor
                                        6950 Castor Avenue
                                        Philadelphia, PA 19149
                                        267.343.5818 (phone)
                                        267.343.5821 (fax)