United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-16937-sr
Donald J Young, Jr.                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John           Page 1 of 1           Date Rcvd: May 11, 2017
                        Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.
db             +Donald J Young, Jr.,    5814 North Howard Street,    Philadelphia, PA 19120-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2017 01:10:47    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com,
       dmaurer@pkh.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
       bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      ROBERT CAPTAIN LEITE-YOUNG    on behalf of Attorney Robert Captain Leite-Young rleite@rlmfirm.com,
       Bankruptcyhelp101@gmail.com
      ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Donald J Young, Jr. rleite@rlmfirm.com,
       Bankruptcyhelp101@gmail.com
      THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 9

L.B.F. 2016-2A "Short Form" Application of Counsel for Debtor for
Compensation and Reimbursement of Expenses in Chapter 13 Case Pursuant
to L.B.R. 2016-2(a)

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Donald J. Young | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Bky. No. 15-16937-sr |
| | ) | |
| | ) | |

## ORDER

AND NOW, this _____ day of _____, 2017, it is hereby ORDERED as follows: THAT the application of Robert Leite-Young, Esquire under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that counsel shall receive an award of compensation in the amount of $1,250.00 for 8.75 hours expended in providing bankruptcy services.

Dated: **May 11, 2017**

_____
Hon. Judge
Stephen Raslavich