IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------X

In re:                                              CHAPTER 13

DONALD J. YOUNG                                     Bkcy. Case No. 15-bk-16937-sr

        Debtor.

HEARING SCHEDULED FOR
June 28, 2017 AT 10:00AM
UNITED STATE BANKRUPTCY COURT
ROBERT NIX BUILDING
900 MARKET STREET
COURTROOM #4
PHILADELPHIA, PA 19106

-------------------------------------------------X

### NOTICE OF MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN, RESPONSE DEADLINE AND HEARING DATE

    PLEASE TAKE NOTICE, that debtor, Donald J. Young by and through the undersigned counsel has filed a Motion to modify debtor's confirmed Chapter 13 Plan.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)

    1.    A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on June 28, 2017 at 10:00a.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19106.

    2.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    3.    You may contact the Bankruptcy Clerk's office at (215) 408-2821 to find out whether the hearing has been canceled because no one filed an answer.

                                              Roach Leite & Manyin, LLC

Date: June 6, 2017                                    Robert Leite-Young, Esquire
                                                      Attorney debtor
                                                      6950 Castor Avenue
                                                      Philadelphia, PA 19149
                                                      267-343-5818