# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          CHAPTER 13

DONALD J. YOUNG, JR.                            Bkcy. Case No. 15-bk-16937-sr

Debtor.

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.


Date: _____                          _____
                                                **STEPHEN RASLAVICH**
                                                **U.S. BANKRUPTCY JUDGE**