IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------X

In re:                                                CHAPTER 13

DONALD J. YOUNG                                       Bkcy. Case No. 15-bk-16937-sr

            Debtor.

                                  HEARING SCHEDULED FOR
                                  August 23, 2017 AT 10:00AM
                                  UNITED STATE BANKRUPTCY COURT
                                  ROBERT NIX BUILDING
                                  900 MARKET STREET
                                  COURTROOM #4
                                  PHILADELPHIA, PA 19106

-------------------------------------------------X

AMENDED   NOTICE OF MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN,
RESPONSE DEADLINE AND HEARING DATE

    PLEASE TAKE NOTICE, that debtor, Donald J. Young by and through the undersigned counsel has filed a Motion to modify debtor's confirmed Chapter 13 Plan.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)

    1.      A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on August 23, 2017 at 10:00a.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19106.

    2.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    3.      You may contact the Bankruptcy Clerk's office at (215) 408-2821 to find out whether the hearing has been canceled because no one filed an answer.

                                        Roach Leite & Manyin, LLC

                                        Robert Leite-Young, Esquire
Date: July 25, 2017                     Attorney debtor
                                        6950 Castor Avenue
                                        Philadelphia, PA 19149
                                        267-343-5818