United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-16937-sr
Donald J Young, Jr.                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1            Date Rcvd: Jul 27, 2017
                              Form ID: pdf900         Total Noticed: 8
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db             +Donald J Young, Jr.,    5814 North Howard Street,    Philadelphia, PA 19120-2416
aty            +Robert Captain Leite-Young,    6950 Castor Avenue,    Philadelphia, PA  19149,
                 UNITED STATES 19149-1703
13691951       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,     PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13638746       +U.S. BANK NATIONAL ASSOCIATION Et Al,    c/o JOSHUA ISAAC GOLDMAN,     KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13604255       +U.S. Bank National Association,    C/O KML Law Group,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Donald J Young, Jr. rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Attorney Robert Captain Leite-Young rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donald J. Young, Jr.<br>    Debtor | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)<br>    Movant<br>vs. | NO. 15-16937 SR |
| Donald J. Young, Jr.<br>    Debtor | 11 U.S.C. Sections 362 and 1301 |
| Anna Strickland<br>Frederick L. Reigle<br>    Additional Respondents | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$11,243.84**, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | December 2015 to October 2016 in the amount of $512.00/mo.<br>November 2016 to July 2017 in the amount of $485.00/mo. |
| Late Charges: | December 2015 to June 2017 in the amount of $11.36/mo. |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$11,243.84** |

2. The Debtor shall cure the aforesaid arrearage in the following manner:

a). Debtor shall amend/modify his Chapter 13 Plan to provide for plan payments to cure the post-petition arrearage of **$11,243.84**, in addition to the plan payments already provided to cure the pre-petition arrearage as set forth in Movant's proof of claim. Debtor shall, within seven (7) days of the court order granting and/or approving of this stipulation, file with the Court a motion or amended motion to modify the Debtor's Chapter 13 plan as necessary to accomplish the above;

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$11,243.84** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3. Beginning with the payment due August 1, 2017 and continuing thereafter, Debtor shall pay the regular monthly mortgage payment of $485.00 (or as adjusted under to the terms of the mortgage) on or before the first (1st) day of each month (with late charges to be assessed after the 15th of the month).

4.  Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5.  In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant, or its successor or assignee, or the succeeding claim holder if the claim has been transferred, may file a Certification of Default with the Court, upon which the Court shall enter an Order granting Movant or the aforesaid entity relief from the automatic stay and codebtor stay, and waiving the stay provided by Bankruptcy Rule 4001(a)(3), which the parties hereby agree to waive with respect to any such Order. The Order shall be in the form included with Movant's instant Motion that is being resolved by way of this stipulation, or in a form substantially similar thereto.

6.  If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7.  If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.  The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage, loan documents and related agreements, and applicable law.

9.  The parties agree that a facsimile signature shall be considered an original signature.

Date: July 7, 2017

By: /s/ Matteo S. Weiner, Esquire
Matteo S. Weiner, Esquire
KML Law Group, P.C.
Attorneys for Movant

Date: 7/18/17

Robert Captain Leite-Young, Esquire
Attorney for Debtor Donald J. Young, and also signing as Attorney for Co-Debtor Anna Strickland

Date: 7/24/17

Frederick C. Reigle
Chapter 13 Trustee

| Case No. 15-16937 SR | Stipulation | Page 3 of 3 |
|---|---|---|

Approved by the Court this __27th__ day of _____July_____, 2017. However, the court retains discretion regarding entry of any further order.

*/s/ Stephen Raslavich*

Bankruptcy Judge
Stephen Raslavich