# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------X

In re:                                                                    CHAPTER 13

   DONALD J. YOUNG, JR.                                     Bkcy. Case No. 15-16937-sr

          Debtor.

-------------------------------------------------X

## CERTIFICATE OF NO RESPONSE

TO THE CLERK OF BANKRUPTCY COURT:

     The undersigned certifies that to date there has been no response to debtor Donald Young, Jr's Motion to Modify Conformed Chapter 13 Plan by any creditor and/or other interested party.

                                      /s/ Robert Leite-Young
                                      Robert C. Leite-Young
                                      6950 Castor Avenue
                                      Philadelphia, PA 19149
                                      (267) 343-5818
                                      (267) 343-5821fax