## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------X

**IN RE**:

**DONALD J. YOUNG, JR.**

CHAPTER 13

CASE NO.: 15-16937-jkf

       Debtor,

-------------------------------------------------X

## PRAECIPE TO WITHDRAW

Dear Sir/Madam:

    The undersigned wishes to withdraw Debtor's the Motion to Modify Confirmed Plan filed on July 25, 2017 (document #49) and the corresponding Notice (document #50).

        Respectfully submitted,

        Roach & Leite, LLC

        /s Robert Leite-Young

Date: November 8, 2017        Robert Leite-Young, Esquire
        Attorney debtor
        6950 Castor Avenue
        Philadelphia, PA 19149
        267-343-5818