UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

DONALD J YOUNG, JR.
                                                     : Bankruptcy No. 15-16937JKF
         Debtor(s)                       : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*[signature: Jean K. FitzSimon]*

Jean K. FitzSimon, B. J.

**Date: December 14, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT C LEITE-YOUNG
ROACH LEITE & MANYIN LLC
6950 CASTOR AVENUE
PHILADELPHIA PA 19149-

DONALD J YOUNG, JR.
5814 NORTH HOWARD STREET
PHILADELPHIA,PA.19120