United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-16937-jkf
Donald J Young, Jr.                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Dec 15, 2017
                              Form ID: pdf900         Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.
```
db             +Donald J Young, Jr.,    5814 North Howard Street,    Philadelphia, PA 19120-2416
aty            +Robert Captain Leite-Young,    6950 Castor Avenue,    Philadelphia, PA   19149,
                 UNITED STATES 19149-1703
13604248        First Premier,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
13604249       +Grimley Financial,    30 Washington Avenue , Ste C-6,    Haddonfield, NJ 08033-3341
13604250       +Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13604251       +PGW,    PO Box 11700,    Newark, NJ 07101-4700
13604253       +PHILADELPHIA FCU,    12800 TOWNSEND RD,    PHILADELPHIA, PA 19154-1095
13637022       +Philadelphia Federal Credit Union,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13604254      ++STELLAR RECOVERY INC,    PO BOX 48370,    JACKSONVILLE FL 32247-8370
                (address filed with court:  Stellar Recovery,    1327 Hwy 2 West, Ste 100,
                 Kalispell, MT  59901)
13691951       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13638746       +U.S. BANK NATIONAL ASSOCIATION Et Al,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13604255       +U.S. Bank National Association,    C/O KML Law Group,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13604256       +Verizon,    1400 JFK Blvd, Rm 702,    Philadelphia, PA 19107-3219
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 16 2017 01:18:36      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 01:18:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 16 2017 01:18:29      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13658906        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 16 2017 01:21:42
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13604246       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 16 2017 01:18:53      COMCAST,
                 ONE COMCAST CTR,    PHILADELPHIA, PA 19103-2899
13604247       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 16 2017 01:21:40      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
13636679        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2017 01:21:13
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13604252       +E-mail/Text: blegal@phfa.org Dec 16 2017 01:18:18      PHFA,    PO Box 15057,
                 Harrisburg, PA 17105-5057
                                                                                              TOTAL: 8
```
```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Dec 15, 2017
                               Form ID: pdf900            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Donald J Young, Jr. rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Attorney Robert Captain Leite-Young rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

DONALD J YOUNG, JR.
                                                  : Bankruptcy No. 15-16937JKF
    Debtor(s)                                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 14, 2017**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT C LEITE-YOUNG
ROACH LEITE & MANYIN LLC
6950 CASTOR AVENUE
PHILADELPHIA PA 19149-

DONALD J YOUNG, JR.
5814 NORTH HOWARD STREET
PHILADELPHIA,PA.19120